# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN NORRIS, et al., | Case No. 1:17-cv-01228-DAD-SAB |
| Plaintiffs, | ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS AND VACATING PENDING MATTERS AND DATES |
| v. | |
| BANK OF AMERICA, N.A., | DEADLINE: DECEMBER 29, 2017 |
| Defendant. | |

On October 30, 2017, Plaintiff filed a notice informing the Court that the parties have reached settlement resolving this action. (ECF No. 10.)

Accordingly, it is HEREBY ORDERED that:

1.     All pending matters and dates are VACATED; and

2.     Plaintiff shall file dispositional documents on or before December 29, 2017.

IT IS SO ORDERED.

Dated:   **October 31, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

1